B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Richfield 81 Partners II, LLC**      Case No. _____

                                                 Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

        Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Compact Credit Corporation**<br>**PO Box 810**<br>**Fayetteville, GA 30214** | **Compact Credit Corporation**<br>**PO Box 810**<br>**Fayetteville, GA 30214** | **operating expense loan for payment of taxes** | | **17,500.00** |
| **Frontline Surveying & Mapping**<br>**3595 Canton Road, A-9**<br>**PMB 272**<br>**Marietta, GA 30066** | **Frontline Surveying & Mapping**<br>**3595 Canton Road, A-9**<br>**PMB 272**<br>**Marietta, GA 30066** | **land planning** | | **2,500.00** |
| **The Windham Law Firm**<br>**239 Village Center Parkway**<br>**Suite 170**<br>**Stockbridge, GA 30281** | **The Windham Law Firm**<br>**239 Village Center Parkway**<br>**Suite 170**<br>**Stockbridge, GA 30281** | | | **2,500.00** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Richfield 81 Partners II, LLC**                  Case No. _____

                 Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Managing Member, Richfield Partners, LLC of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May  8, 2010** _____        Signature    **/s/ John L. Dinos, President of Sonid Corp., Manager of Debtor's** _____

                                                            **John L. Dinos, President of Sonid Corp., Manager of Debtor's**

                                                            **Managing Member, Richfield Partners, LLC**

     *Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.